**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Ex Parte Octavian Becciu v. The State of Texas

Appellate case number:    01-19-00800-CR

Trial court case number:   1799007A

Trial court:              County Criminal Court at Law No. 9 of Harris County

On December 20, 2019, appellant, Octavian Becciu, filed an unopposed motion to withdraw and substitute counsel in this abated appeal. The motion is deficient because it does not indicate that the motion was delivered to appellant in person or mailed—both by certified and by first-class mail—to appellant at appellant's last known address. TEX. R. APP. P. 6.5(b), (d). On January 16, 2020, prior to issuing an order on appellant's motion to withdraw and substitute counsel, appellant filed an unopposed motion to withdraw appellant's motion to withdraw and substitute counsel. Appellant's motion to withdraw his prior motion contains a certificate of conference stating that appellee is not opposed to the motion. *See* TEX. R. APP. P. 10.3(a)(2). Accordingly, we **grant** appellant's motion to withdraw his December 20, 2019 motion to withdraw and substitute counsel. Appellant's motion to withdraw and substitute counsel is **dismissed** as moot.

On January 21, 2020, prior to issuing an order on appellant's above-referenced motions, appellant filed a motion to substitute counsel and designate lead counsel. This motion is deficient because it does not indicate that the motion was delivered to appellant in person or mailed—both by certified and by first-class mail—to appellant at appellant's last known address. TEX. R. APP. P. 6.5(b), (d). Accordingly, we **deny** appellant's motion to substitute counsel and designate lead counsel without prejudice to refiling a motion that complies with the Rules. Attorney, Thomas Branton Mayr, remains appellant's counsel.

It is so ORDERED.


Judge's signature: ___/s/ Evelyn V. Keyes_____
                          ☑ Acting individually     ☐ Acting for the Court


Date: __January 28, 2020____